**SEYFARTH SHAW LLP**
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capital Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorney for Defendants
WESTERN REFINING RETAIL, LLC
and SPEEDWAY LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HONEY, JOHNATHON PEOPLES, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN REFINING RETAIL, LLC, a Delaware limited liability company; SPEEDWAY LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:26-cv-03665-AGS-JLB<br><br>**DEFENDANT SPEEDWAY LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT**<br><br>(San Diego County Superior Court, Case No. 26CU017044C)<br><br>Complaint Filed: March 26, 2026 |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Speedway LLC hereby amends the Corporate Disclosure Statement (Dkt. 2) to certify the following:

Speedway is a Delaware LLC with its principal place of business in Texas. It is a wholly owned (100%) subsidiary of SEI Speedway Holdings, LLC., a Delaware LLC with its principal place of business in Texas. SEI Speedway Holdings, LLC's sole member is 7-Eleven, Inc., a Texas corporation with its principal place of business in Texas. 7-Eleven,

Inc. is wholly owned by SEJ Asset Management & Investment Company, Inc. (“SAM”), a Delaware corporation, with its principal place of business in Texas. SAM is owned, in part, by Seven & I Holdings, Co., Ltd and Seven-Eleven Japan Co., Ltd. (“SEJ”), Japanese corporations. SEJ is wholly owned by Seven & I Holdings Co., Ltd., whose stock is publicly traded on the Tokyo Stock Exchange.

DATED: June 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/ *Phillip J. Ebsworth*

Phillip J. Ebsworth

Attorney for Defendants
WESTERN REFINING RETAIL, LLC
and SPEEDWAY LLC

326858990v.1